UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

PROSPEROUS PROPERTIES, LLC


                        Plaintiff,                    **ORDER**

            - against -                                25 CIV 1254 (NSR)


Great Lakes Insurance SE.

                        Defendant.

-------------------------------------------------------------X

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED:  2/20/2025 |

Nelson S. Román, D.J.:

        The Court is in receipt of Defendant Great Lake Insurance SE's Answer (ECF No.

7) to Plaintiff Prosperous Properties, LLC's Complaint (ECF No. 1). The Court waives the Initial

Pre-trial Conference and directs the parties to jointly complete a Case Management Plan and

Scheduling Order (blank form attached hereto). Said Scheduling Order shall be filed on the

docket by March 13, 2025. After review and approval of the Scheduling Order, the Court will

issue an Order of Reference to Magistrate Judge Andrew Krause for general pretrial purposes.

The parties are directed to contact Judge Krause within seven (7) business days of the date of the

Order of Reference to schedule a conference.

        Plaintiff's counsel is also directed to file a notice of appearance forthwith.

Defendant is directed to mail a copy of this Order to Plaintiff and to file proof of service.

                                        SO ORDERED.


Dated:        February 20, 2025
              White Plains, New York


                                        _____

                                        Nelson S. Román, U.S.D.J.

UNITED STATES DISTRICT COURT                          Rev. Jan. 2012

SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x


                                        **CIVIL CASE DISCOVERY PLAN**

                          Plaintiff(s),       **AND SCHEDULING ORDER**

        - against -



                          Defendant(s).       _____ CV _____ (NSR)


-------------------------------------------------------------x


 This Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel,
pursuant to Fed. R. Civ. P. 16 and 26(f):


1.    All parties [consent] [do not consent] to conducting all further proceedings before a
      Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c).  The
      parties are free to withhold consent without adverse substantive consequences.  (If all
      parties consent, the remaining paragraphs of this form need not be completed.)


2.    This case [is] [is not] to be tried to a jury.


3.    Joinder of additional parties must be accomplished by _____.


4.    Amended pleadings may be filed until _____.


5.    Interrogatories shall be served no later than _____, and responses
      thereto shall be served within thirty (30) days thereafter.  The provisions of Local Civil
      Rule 33.3 [shall] [shall not] apply to this case.


6.    First request for production of documents, if any, shall be served no later than
      _____.

7.      Non-expert depositions shall be completed by _____.

      a.      Unless counsel agree otherwise or the Court so orders, depositions shall not be held until all parties have responded to any first requests for production of documents.

      b.      Depositions shall proceed concurrently.

      c.      Whenever possible, unless counsel agree otherwise or the Court so orders, non-party depositions shall follow party depositions.

8.      Any further interrogatories, including expert interrogatories, shall be served no later than _____.

9.      Requests to Admit, if any, shall be served no later than _____.

10.     Expert reports shall be served no later than _____.

11.     Rebuttal expert reports shall be served no later than _____.

12.     Expert depositions shall be completed by _____.

13.     Additional provisions agreed upon by counsel are attached hereto and made a part hereof.

14.     **ALL DISCOVERY SHALL BE COMPLETED BY** _____.

15.     Any motions shall be filed in accordance with the Court's Individual Practices.

16.     This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of Court (or the assigned Magistrate Judge acting under a specific order of reference).

17.     The Magistrate Judge assigned to this case is the Hon. _____.

18.    If, after entry of this Order, the parties consent to trial before a Magistrate Judge, the
       Magistrate Judge will schedule a date certain for trial and will, if necessary, amend this
       Order consistent therewith.

19.    The next case management conference is scheduled for _____, at
       _____.  (The Court will set this date at the initial conference.)

SO ORDERED.

Dated:  White Plains, New York

       _____

                                                    _____

                                                    Nelson S. Román, U.S. District Judge